# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

GREAT AMERICAN ASSURANCE
COMPANY,

      Plaintiff,

vs.                          NO. 2:12-cv-3038

HERE TODAY GONE TOMORROW,
INC., PHIL SCHECHTMAN d/b/a
HERE TODAY GONE TOMORROW
TRUCKING, INC., RONALD SCHUCK,
and ACUE WICKS,

      Defendants.

## NOTICE TO TAKE DEPOSITION OF ACUE WICKS

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the deposition of ***ACUE WICKS***, will be taken upon oral examination before a certified court reporter at the Law Office of Glassman, Wyatt, Tuttle & Cox, P.C., 26 North Second Street, Memphis, Tennessee 38103 beginning at ***10:00 A.M.*** on ***August 15, 2014***, and shall continue from day to day thereafter until completed.

Said deposition will be conducted by stenographic means and will continue from day-to-day until completed. All parties are invited to attend the taking of this deposition.

**RESPECTFULLY SUBMITTED,**

*COUNSEL FOR PLAINTIFF,*
*Great American Assurance Company*

BY: s/Carl Wyatt_____
CARL WYATT (#12304)
LEWIS W. LYONS (D#24577)
**Glassman, Wyatt, Tuttle & Cox, P.C.**
26 North Second Street
Memphis, Tennessee  38103
(P:   901-527-4673)
(F:   901-527-5320)
(OUR FILE:   #12-592Z)

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

A true and correct copy of the foregoing pleading has been served via the Court's CM/ECF system upon all attorneys of record, and via U.S. Mail upon all of the Defendants.

*COUNSEL FOR ACUE WICKS*:

Jeffrey R. Seely, Esq.
GORDON, ELIAS & SEELY, L.L.P.
1811 Bering Drive, Suite 300
Houston, TX  77057
jseely@geslawfirm.com

         s/Carl Wyatt_____
         Carl Wyatt