UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **GREAT AMERICAN ASSURANCE COMPANY** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **HERE TODAY GONE TOMORROW, INC., PHIL SCHECHTMAN d/b/a HERE TODAY GONE TOMORROW TRUCKING, INC., RONALD SCHUCK, and ACUE WICKS** | **CASE NO: 12-3038-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal entered on January 30, 2015, this cause is hereby dismissed with prejudice.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 1/30/2015**

                                      **THOMAS M. GOULD**
                                      **Clerk of Court**

                                      **s/Terry L. Haley**
                                      **(By)   Deputy Clerk**